JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ABELAR,<br><br>    Petitioner,<br><br>    v.<br><br>AMY MILLER,<br><br>    Respondent. | Case No. CV 15-3136-ODW (KK)<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 8, 2015

                                                HON. OTIS D. WRIGHT, II
                                              UNITED STATES DISTRICT JUDGE